IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID JEROME OLIVER, SR., et al.,

    Plaintiffs,                        NO. 2:12-cv-2665 GEB GGH PS

    vs.

PLACER SUPERIOR COURT ON BEHALF OF PLACER COUNTY, et al.,

    Defendants.                     ORDER

/

        Defendant Placer County District Attorney's Office's motion to dismiss presently is calendared for hearing on January 31, 2013. In light of presently pending motions to dismiss and to consolidate in <u>Oliver v. Superior Court</u>, No. 2:12-cv-2388 GEB DAD, currently set for hearing on January 25, 2013, as well as the notice of related cases, defendant's motion to dismiss in this case will be vacated, subject to renewal after those motions have been resolved.

        Accordingly, IT IS ORDERED that: Defendant Placer County District Attorney's Office's motion to dismiss, filed November 27, 2012, and the hearing scheduled for January 31, 2013, are vacated without prejudice.

DATED: January 3, 2013

                        /s/ Gregory G. Hollows
                 UNITED STATES MAGISTRATE JUDGE

GGH:076:Oliver2665.vac.wpd

1