IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID JEROME OLIVER, SR., et al.,

    Plaintiffs,                               NO. 2:12-cv-2665 GEB GGH PS

    vs.

PLACER SUPERIOR COURT ON BEHALF
OF PLACER COUNTY, et al.,

    Defendants.                             ORDER

_____/

        Plaintiffs' amended motions for summary judgment presently are calendared for hearing on February 18, 2013.[1] In light of presently pending motions to dismiss and to consolidate in Oliver v. Superior Court, No. 2:12-cv-2388 GEB DAD, currently set for hearing on February 1, 2013, as well as the notice of related cases, plaintiffs' amended motions for summary judgment in this case will be vacated, subject to renewal after those motions have been resolved.

\\\\\

\\\\\

\\\\\

---

[1] Although the motions were filed in the instant action, they were noticed for hearing in front of Judge Drozd.

1

Accordingly, IT IS ORDERED that: Plaintiffs' amended motions for summary judgment, filed January 14 and 15, 2013, (dkt. nos. 33 and 34), and the hearing scheduled for February 18, 2013, are vacated without prejudice.

DATED: January 24, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076:Oliver2665.vac2.wpd