UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JEROME OLIVER, SR., et al., | No. 2:12-cv-2665 GEB GGH PS |
| Plaintiffs, | |
| v. | ORDER |
| PLACER SUPERIOR COURT ON BEHALF OF PLACER COUNTY, et al., | |
| Defendants. | |

Before the court is plaintiffs' motion for reconsideration of this court's order and findings and recommendations, issued June 10, 2013, as well as plaintiffs' request for extension of time to file a "brief." As the latter request refers to the findings and recommendations, the court construes this filing as a request for extension of time in which to file objections. As plaintiffs previously filed objections on June 25, 2013 (ECF No. 54), this request is denied as unnecessary.

As to plaintiffs' motion for reconsideration pursuant to Fed. R. Civ. P. 6[0](b) and 59(e), plaintiffs are informed that a motion under Rule 60(b) can be brought only after judgment or a final order has been entered, and a motion pursuant to Rule 59(e) may be filed only after a trial or entry of judgment. Therefore, this motion will be denied as premature.

Accordingly, IT IS ORDERED that:

1. Plaintiffs' motion for reconsideration, filed July 23, 2013, (ECF No. 56), is denied; and

1

2. Plaintiffs' motion for extension of time, filed August 13, 2013, (ECF No. 57), is denied.

Dated: August 15, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Oliver2665.rec