UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JEROME OLIVER, et al., | No. 2:12-cv-2665 TLN GGH PS |
| Plaintiffs, | |
| v. | ORDER |
| PLACER SUPERIOR COURT ON BEHALF OF PLACER COUNTY, et al., | |
| Defendants. | |

On October 2, 2013, the court granted defendants' motions to dismiss and dismissed this action with prejudice. (ECF No. 60.) Thereafter, on October 9, 2013, plaintiff David Oliver filed a notice of appeal. On October 16, 2013, plaintiff David Oliver filed a request for financial fee waiver,[1] which this court construes as a motion to proceed in forma pauperis on appeal.[2] (ECF Nos. 62, 64.)

Federal Rule of Appellate Procedure 24 provides that "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court." Fed. R. App. P. 24(a)(1). Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." The good faith standard is an

---

[1] Plaintiff made the request in three of his cases; however, this order addresses only the request made in the instant case.

[2] Plaintiffs paid the filing fee upon initiation of this action. As such, plaintiffs were not previously granted in forma pauperis status during the pendency of the action in district court.

1

objective one. <u>Coppedge v. United States</u>, 369 U.S. 438, 445 (1962).  A plaintiff satisfies the "good faith" requirement if he or she seeks review of any issue that is "not frivolous." <u>Gardner v. Pogue</u>, 558 F.2d 548, 551 (9th Cir. 1977) (quoting <u>Coppedge</u>, 369 U.S. at 445).

      For the reasons stated in the June 10, 2013 findings and recommendations (see ECF No. 53), adopted by the district judge on October 2, 2013 (ECF No. 60), the court finds that the instant appeal is frivolous.  The court thus certifies that plaintiffs' appeal is not taken in good faith.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff David Oliver's request for financial fee waivers, construed as a motion to proceed in forma pauperis on appeal (ECF No. 64) is DENIED.

      2. The Clerk of Court is directed to serve a copy of this order on plaintiffs and on the Ninth Circuit Court of Appeals.

Dated: October 29, 2013

                                            /s/ Gregory G. Hollows
                                          UNITED STATES MAGISTRATE JUDGE

GGH:076/Oliver2665.ifp.app