UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JEROME OLIVER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PLACER SUPERIOR COURT ON BEHALF OF PLACER COUNTY, et al.,<br><br>　　　　Defendants. | No. 2:12-cv-2665 TLN GGH PS<br><br><br>ORDER |

On October 2, 2013, the court granted defendants' motions to dismiss and dismissed this action with prejudice. (ECF No. 60.) Thereafter, on October 9, 2013, plaintiff David Oliver filed a notice of appeal. On October 16, 2013, plaintiff David Oliver filed a request for financial fee waiver,[1] which this court construes as a motion to proceed in forma pauperis on appeal.[2] (ECF Nos. 62, 64.)

　　　Federal Rule of Appellate Procedure 24 provides that "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court." Fed. R. App. P. 24(a)(1). Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." The good faith standard is an

---

[1] Plaintiff made the request in three of his cases; however, this order addresses only the request made in the instant case.

[2] Plaintiffs paid the filing fee upon initiation of this action. As such, plaintiffs were not previously granted in forma pauperis status during the pendency of the action in district court.

1

1 | objective one.  Coppedge v. United States, 369 U.S. 438, 445 (1962).  A plaintiff satisfies the

2 | "good faith" requirement if he or she seeks review of any issue that is "not frivolous."  Gardner v.

3 | Pogue, 558 F.2d 548, 551 (9th Cir. 1977) (quoting Coppedge, 369 U.S. at 445).

4 |      For the reasons stated in the June 10, 2013 findings and recommendations (see ECF No.

5 | 53), adopted by the district judge on October 2, 2013 (ECF No. 60), the court finds that the

6 | instant appeal is frivolous.  The court thus certifies that plaintiffs' appeal is not taken in good

7 | faith.

8 |      Accordingly, IT IS HEREBY ORDERED that:

9 |      1.  Plaintiff David Oliver's request for financial fee waivers, construed as a motion to

10 | proceed in forma pauperis on appeal (ECF No. 64) is DENIED.

11 |      2.  The Clerk of Court is directed to serve a copy of this order on plaintiffs and on the

12 | Ninth Circuit Court of Appeals.

13 | Dated: October 29, 2013

14 |                                            /s/ Gregory G. Hollows

15 |                                          UNITED STATES MAGISTRATE JUDGE

16 | GGH:076/Oliver2665.ifp.app